Ex. &c. No. 1047. STATE *v.* CARLTON GETER. Motion for leave to reargue denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *James Cardono,* Public Defender, *Paul E. Kelley,* Asst. Public Defender, for defendant.

APPEAL No. 1185. PROVIDENCE TEACHERS UNION, LOCAL 958, AMERICAN FEDERATION OF TEACHERS, AFL-CIO *v.* SCHOOL COMMITTEE OF THE CITY OF PROVIDENCE *et al.* Motion for leave to reargue denied. *Henry J. Almagno, Grady and Kaplan, James T. Grady,* for plaintiff. *Vincent J. Piccirilli,* for Providence School Committee; *Robert J. McOsker,* City Solicitor, for City of Providence.

## May 25, 1971.

M. P. No. 1213. WILMA JONES *et al. v.* BEVERLY ACIZ *et al.* Motion for extension of time to file brief granted, and Attorney General is allowed 40 days from date of this Order within which to file a brief. *Richard J. Israel,* Attorney General, *W. Slater Allen,* Asst. Attorney General, for petitioner. *James L. O'Neill, John M. Roney,* Rhode Island Legal Services, Inc., for respondent.

M. P. No. 1302. HOWARD WARREN TATE *v.* FRANCIS A. HOWARD, *Warden.* Petition for writ of habeas corpus granted. Motion for appointment of counsel other than Public Defender to represent petitioner in further prosecution of habeas corpus petition is granted. *Howard Warren Tate,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.